IN THE SUPREME COURT OF THE STATE OF NEVADA

DITECH FINANCIAL, LLC, A
FOREIGN LIMITED LIABILITY
COMPANY,

Appellant,

vs.

RH KIDS, LLC, A NEVADA LIMITED
LIABILITY COMPANY,

Respondent.

No. 75339

FILED

NOV 2 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Susan Johnson, District Judge
John Boyer, Settlement Judge
Wright, Finlay & Zak, LLP/Las Vegas
Hong & Hong
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-905493